UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 93-6179-CR-UNGARO

UNITED STATES OF AMERICA,
    Plaintiff,
v.

THERESA BROWN,
    Defendant.
_____/

## NOTICE REQUIRING ACTION

This CAUSE is before the Court upon Defendant's Motion For Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the United States Sentencing Commission's 2007 crack cocaine guideline amendment. The Court has received a Notice of Assignment from the Federal Public Defender's Office designating an Assistant Federal Public Defender to serve as counsel for Defendant. It is hereby,

ORDERED AND ADJUDGED that assigned counsel shall file a Motion for Reduction of Sentence on Defendant's behalf within 7 days hereof, otherwise the Court will assume counsel adopts Defendant's motion filed with the Court prior to counsel's assignment to the matter.

DONE AND ORDERED in chambers at Miami, Florida this 17th day of April 2008.

                              */s/ Ursula Ungaro*
                              URSULA UNGARO
                              UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record:
Michael D. Spivak
    Assistant Federal Public Defender
Lynn D. Rosenthal
    Assistant United States Attorney